IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JASON ALLEN RUDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-3194-HLT |
| | ) |
| ANDY THAYER, et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff has filed a motion (ECF No. 49) requesting an extension of time to respond to defendants' interrogatories, served on May 21, 2019 (ECF No. 39). On June 20, 2019, plaintiff filed a certificate of service for his responses to defendants' request for production, also served on May 21, 2019 (ECF No. 50). Plaintiff requests an extension to respond to the interrogatories because his incarceration prevents him from timely accessing certain information. For good cause shown, under Fed. R. Civ. P. 6(b)(1)(A), the court will grant the request and allow plaintiff until July 22, 2019 to respond to the interrogatories.

Plaintiff also requests that the court delay the scheduling conference, which is set for July 25, 2019, to allow plaintiff more time to obtain counsel. The court encourages plaintiff to refer to the Pro Se Guide, available on the court's website, which provides information on litigating in federal court and offers resources on obtaining legal advice for pro se parties. If plaintiff obtains counsel before the scheduling conference, and counsel needs to request an extension to confer with defendants, counsel may do so. Otherwise, the court will keep the scheduling conference set for July 25, 2019, at 10:30 a.m., to allow

1

the case to proceed efficiently.  As a reminder, the conference will be held by telephone. All parties and counsel participating in this phone conference are directed to dial the conference center line 888-363-4749, using access code 8914911 to join the conference.

IT IS THEREFORE ORDERED that plaintiff's motion is granted in part and denied in part.

A copy of this order shall be mailed to plaintiff via regular mail.

Dated June 24, 2019, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge